```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 30531
    BENNIE JACKSON JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-7489

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/17/2004 and was confirmed 10/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  49.87% from remaining funds.

     The case was paid in full 01/26/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL            CURRENT MORTG       .00              .00            .00
CITIFINANCIAL INC        MORTGAGE ARRE    149.60              .00         149.60
ILLINOIS TITLE LOANS     SECURED          500.00            24.41         500.00
ILLINOIS TITLE LOANS     UNSECURED     NOT FILED              .00            .00
LONG BEACH MORTGAGE CO   CURRENT MORTG       .00              .00            .00
LONG BEACH MORTGAGE CO   MORTGAGE ARRE   1920.97              .00        1920.97
COMCAST                  UNSECURED     NOT FILED              .00            .00
FORD MOTOR CREDIT        UNSECURED       2199.65              .00        1096.94
FORD MOTOR CREDIT        NOTICE ONLY   NOT FILED              .00            .00
FORD MOTOR CREDIT        UNSECURED      13936.74              .00        6950.06
HOMEWOOD DISPOSAL SVC IN UNSECURED     NOT FILED              .00            .00
NICOR GAS                UNSECURED       1812.65              .00         903.95
SOUTH SUBURBAN HEART GRO UNSECURED     NOT FILED              .00            .00
SOUTH SUBURBAN HEART GRO NOTICE ONLY   NOT FILED              .00            .00
SPRINT                   UNSECURED     NOT FILED              .00            .00
SPRINT PCS               NOTICE ONLY   NOT FILED              .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,549.00                         2,549.00
TOM VAUGHN               TRUSTEE                                            855.07
DEBTOR REFUND            REFUND                                             217.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             15,167.00

PRIORITY                                          .00
SECURED                                       2,570.57
    INTEREST                                     24.41
UNSECURED                                     8,950.95
ADMINISTRATIVE                                2,549.00
TRUSTEE COMPENSATION                            855.07

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 30531 BENNIE JACKSON JR
```

```
DEBTOR REFUND                                                217.00
                                     ---------------    ---------------
TOTALS                                     15,167.00          15,167.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE